CHARLES C. KELLY, II, ESQ., State Bar No. 122253
RACHEL ABRAMS, ESQ., State Bar No. 209316
CAROLE BOSCH, ESQ., State Bar No. 239790
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA 94102-6388
(415) 441-5544

Attorneys for Plaintiffs



IT IS SO ORDERED
Judge James Ware

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RIEMER and WENDY RIEMER, | CASE NUMBER C 06-02580 JW |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| JOHNSON & JOHNSON, ETHICON ENDO-SURGERY, INC., PROFESSIONAL HOSPITAL SUPPLY, INC., and DOES ONE through FIFTEEN, inclusive, | |
| Defendants. | |

The Court having considered all of the pleadings, papers and records on file herein, and

GOOD CAUSE APPEARING THEREFOR

IT IS HEREBY ORDERED that the Stipulated Request to Shorten Time Re: Motion to Amend is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _06/08/06_____

_____
THE HONORABLE JAMES WARE

[PROPOSED] ORDER